ORIGINAL

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
**FILED**

JUN 1 9 2007

CLERK, U.S. DISTRICT COURT
By _____
Deputy

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **VS.** | ) | CASE NO.: 3:06-CR-379-K (01) |
| | ) | |
| **CONNIE LYNN BROWN** | | |

## REPORT AND RECOMMENDATION
## CONCERNING PLEA OF GUILTY

CONNIE LYNN BROWN , by consent, under authority of <u>United States v. Dees</u>, 125 F.3d

261 (5th Cir. 1997),  has appeared before me pursuant to Fed. R. Crim.P. 11,  and has entered a plea

of guilty to **Count 1 of the Indictment** filed on December 20, 2006.   After cautioning and

examining Defendant  Connie Lynn Brown under oath concerning each of the subjects mentioned

in Rule 11, I determined that the guilty plea was knowledgeable and voluntary and that the offense(s)

charged is supported by an independent basis in fact containing each of the essential elements of

such offense.  I therefore recommend that the plea of guilty and plea agreement be accepted and that

Defendant be adjudged guilty and have sentence imposed accordingly.


**Date:  June 19, 2007.**


_____
PAUL  D. STICKNEY
UNITED STATES MAGISTRATE JUDGE

### NOTICE

Failure to file written objections to this Report and Recommendation within ten (10) days
from the date of its service shall bar an aggrieved party from attacking such Report and
Recommendation before the assigned United States District Judge.  28 U.S.C. §636(b)(1)(B).